UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. McCARTHY, | : | |
| Petitioner | : | CIVIL NO. 1:CV-15-1399 |
| vs. | : | |
| | : | (Judge Caldwell) |
| WARDEN EBBERT, | : | |
| Respondent | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| JOHN J. McCARTHY, | : | |
| Petitioner | : | CIVIL NO. 1:CV-15-1786 |
| vs. | : | |
| | : | (Judge Caldwell) |
| WARDEN EBBERT, | : | |
| Respondent | : | |

*O R D E R*

AND NOW, the 24th day of April, 2017, in accordance with the accompanying memorandum, it is ORDERED that:

1. The Clerk of Court is directed to CONSOLIDATE *McCarthy v. Warden Ebbert*, Civ. No. 1:15-1786 (M.D. Pa.) into *McCarthy v. Warden Ebbert*, Civ. No. 1:15-1399 (M.D. Pa.), pursuant to Fed. R. Civ. P. 42(a).

2. The Clerk of Court is directed to CLOSE the case of *McCarthy v. Warden Ebbert*, Civ. No. 1:15-1786 (M.D. Pa.).

3. Warden Ebbert is deemed the sole Respondent in this matter.

4. Petitioner's motion to proceed in forma pauperis (Doc. 3) with respect to *McCarthy v. Warden Ebbert*, Civ. No. 1:15-1786 (M.D. Pa.) is GRANTED.

5. Petitioner's motion to proceed in forma pauperis (Doc. 4) with respect to *McCarthy v. Warden Ebbert*, Civ. No. 1:15-1399 (M. D. Pa.) is GRANTED.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge