UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN J. McCARTHY,

        Petitioner : CIVIL NO. 1:CV-15-1399

  vs.

        (Judge Caldwell)

WARDEN EBBERT,

        Respondent

*O R D E R*

And now, this 24th day of April, 2017, for the reasons set forth in the accompanying memorandum, it is ordered that:

    1. The Petition (ECF No. 1) for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

    2. The Clerk of Court shall close this file.

                        /s/ William W. Caldwell
                        William W. Caldwell
                        United States District Judge